M. Z. HURWITZ COMPANY v. THE CITY OF HACKENSACK.

Sept. 18, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. DOREY GLENN TAYLOR.

Sept. 18, 1979. Petition for certification denied.

JACOB ROTH v. FIRST NATIONAL STATE BANK OF
NEW JERSEY.

Sept. 18, 1979. Petition for certification denied. (See 169 N.J.Super. 280).

STATE OF NEW JERSEY v. ROBERT E. MULLIGAN.

Sept. 18, 1979. Petition for certification denied.

THOMAS TRANTINO v. DEPARTMENT OF CORRECTIONS.

Sept. 18, 1979. Petition for certification denied.

SOLOMON WAJCHMAN v. STATE OF NEW JERSEY.

Sept. 18, 1979. Petition for certification denied.